# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John W. Smith                            CHAPTER 13
        JoAnn Smith

                Debtor(s)                         BKY. NO. 18-20843 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                        Respectfully submitted,

                                   /s/ Brian C. Nicholas
                                   Brian Nicholas
                                   24 Nov 2020, 14:44:06, EST

                                   Brian C. Nicholas, Esq. (317240) ☑
                                   Maria D. Miksich, Esq. (319383) ☐
                                   Rebecca A. Solarz, Esq. (315936) ☐
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   412-430-3594
                                   bkgroup@kmllawgroup.com