## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-20843 |
| John and JoAnn Smith, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| JoAnn Smith, | : | |
|     Movant | : | Motion No. ☐ WO-1 |
|     v. | : | Motion No. ☐ WO-2 |
| | : | |
| NO RESPONDENTS; | : | |
|     Respondents | : | |

## **RULE 1019 REPORT**

**1. New Creditors:**

    **None**

**2. New Property**

    **None**

**3. New Executory Contracts or Unexpired Leases**

    None

Dated:  April 4, 2022

                                                                Respectfully submitted,

                                                                 /s/ Douglas G. Hipp
                                                                 Douglas G. Hipp, Esquire
                                                                 Hipp/Kaiser-Hipp
                                                                1142 Broadview Blvd.
                                                                Brackenridge, PA  15014
                                                                412-478-3603         PA ID:  47766
                                                                Twohipp4u@hotmail.com