**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN W. SMITH<br>JOANN SMITH<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-20843<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/05/2018 and confirmed on 04/26/2018. The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 141,098.69 |
| Less Refunds to Debtor | 714.61 | |
| TOTAL AMOUNT OF PLAN FUND | | 140,384.08 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,000.00 | |
|     Trustee Fee | 6,814.88 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,814.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     PNC BANK NA | 0.00 | 60,047.72 | 0.00 | 60,047.72 |
|         Acct: 1824 | | | | |
|     PERITUS PORTFOLIO SERVICES* | 0.00 | 23,214.12 | 0.00 | 23,214.12 |
|         Acct: 3662 | | | | |
|     NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 23,764.00 | 0.00 | 23,764.00 |
|         Acct: 8423 | | | | |
| | | | | 107,025.84 |
| **Priority** | | | | |
|     DOUGLAS G HIPP ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     JOHN W. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     JOHN W. SMITH | 714.61 | 714.61 | 0.00 | 0.00 |
|         Acct: | | | | |
|     HIPP/KAISER-HIPP | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     DOUGLAS G HIPP ESQ** | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| 18-20843 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 168.37 | 168.37 | 0.00 | 168.37 |
| Acct: 6240 | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 421.40 | 421.40 | 0.00 | 421.40 |
| Acct: 6240 | | | | |
| | | | | 589.77 |
| **Unsecured** | | | | |
| AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1867 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6240 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6035 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4266 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 10,258.06 | 6,093.41 | 0.00 | 6,093.41 |
| Acct: 2530 | | | | |
| CLEARVIEW FCU** | 5,375.07 | 3,192.86 | 0.00 | 3,192.86 |
| Acct: 5840 | | | | |
| DISCOVER BANK(*) | 17,068.65 | 10,138.98 | 0.00 | 10,138.98 |
| Acct: 9809 | | | | |
| CHROME FCU* | 5,167.72 | 3,069.69 | 0.00 | 3,069.69 |
| Acct: 7869 | | | | |
| PNC BANK NA | 961.38 | 571.07 | 0.00 | 571.07 |
| Acct: 2062 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 371.65 | 213.45 | 0.00 | 213.45 |
| Acct: 0935 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 489.60 | 281.19 | 0.00 | 281.19 |
| Acct: 2622 | | | | |
| DUQUESNE LIGHT COMPANY* | 684.17 | 392.94 | 0.00 | 392.94 |
| Acct: 0716 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 23,953.59 |
| TOTAL PAID TO CREDITORS | | | | 131,569.20 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 589.77 |
| SECURED | 0.00 |
| UNSECURED | 40.376.30 |

Date: 04/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com